UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

CRIMINAL ACTION NO. 7:09-03-4

UNITED STATES OF AMERICA,                                                                  PLAINTIFF

v.                                       **OPINION AND ORDER**

JEFFERY HENRY,                                                               DEFENDANT

\* \* \* \* \* \* \*

      This matter is before the Court on Defendant's Motion for Judgment of Acquittal [R. 153]. For the following reasons, Defendant's motion is denied.

      Defendant was indicted and tried on one count of engaging in the business of dealing firearms without a license (Count 4 of the indictment) and one count of selling a firearm to a felon (Count 6). The jury acquitted Defendant on Count 6 and did not return a verdict on Count 4. [R. 148]. Defendant now moves for judgment of acquittal on Count 4 of the indictment, arguing that the government did not present sufficient evidence to sustain his conviction.

      At the close of evidence, the Court considered whether the government had presented sufficient evidence to withstand a Rule 29 motion for acquittal. Having heard all the evidence presented at trial, and considering it in the light most favorable to the government, the Court concluded that a rational trier of fact could have found all elements of both offenses beyond a reasonable doubt and denied Defendant's motion. Defendant again argues that the government presented insufficient evidence to convict him of Count 4, but now he argues that the Court should not consider evidence that he sold firearms to a convicted felon because the jury acquitted

1

him of this charge. Defendant cites no authority for his argument, and the Court declines to adopt it. Therefore, after reviewing the entire record, hearing the evidence presented at trial, and considering the evidence cited in the government's response [R. 154], the Court finds that a rational trier of fact could have found all elements of Count 4 of the indictment beyond a reasonable doubt and thus Defendant's motion for judgment of acquittal must be denied.

For the reasons stated, Defendant's motion for judgment of acquittal [R. 153] is HEREBY DENIED.

Dated this 24th day of July, 2009.

Signed By:
_Karen K. Caldwell_ KKC
United States District Judge